

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date  11/17/14

FILED
CLERK, U.S. DISTRICT COURT

DEC – 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LOS ANGELES COUNTY
SUPERIOR COURT
CIVIL FILING UNIT
111 NORTH HILL STREET
LOS ANGELES, CA  90012

Re:   Case Number: _2:14-cv-00883-SJO-MRW_

       Previously Superior Court Case No. _BC524979_

       Case Name: _Liza Youssefyeh v. The City of Los Angeles et al_

Dear Sir / Madam:
       Pursuant to this Court's ORDER OF REMAND issued on _11/17/14_____, the
above-referenced case is hereby remanded to your jurisdiction.

       Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this
Court.

       Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it
to our office.  Thank you for your cooperation.

                              Respectfully,

                              Clerk, U. S. District Court

                              By: _L Chai_____
                                  Deputy Clerk   213-894-5730

                              ☒ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

--------------------------------------------------------------------------------

Receipt is acknowledged of the documents described herein.

_November 19, 2014_                    Clerk, Superior Court
Date                                   By: _Hendrickson_____
                                           Deputy Clerk

CV - 103 (09/08)           **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**